

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| CASA PALMIRA, L.P., | § | No. 08-18-00009-CV |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| TAYLOR CHILD CARE, L.P. A/K/A TAYLOR CHILE CARE, LIMITED, | § | of El Paso County, Texas |
| AND MICHAEL W. HICKS, | § | (TC# 2015DCV1729) |
| Appellees. | § | |

# ORDER

The Court GRANTS the Court Reporter's first request for an extension of time within which to file the Reporter's Record until **July 2, 2018.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BECONSIDERED BY THIS COURT.

It is further ORDERED that Anita D. Garza, Official Court Reporter for the 171st District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause, and forward the same to this Court on or before **July 2, 2018.**

IT IS SO ORDERED this 22nd day of June, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.